IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FALON CARTER & ERIC HANNAH                                    PLAINTIFFS

vs.                           NO. 4:09 CV 858 JLH

SWIFT TRANSPORTATION COMPANY, INC.                            DEFENDANT

## AGREED ORDER OF DISMISSAL

The Court, having been advised that the parties have agreed to a dismissal of Swift Transportation Company, Inc., as a defendant in this matter pursuant to Fed.R.Civ.P. 41(a), hereby orders that Swift Transportation Company, Inc., be dismissed from this lawsuit without prejudice and that each side is to bear its own costs, expenses and attorneys' fees.

It is so ORDERED this 27th day of July, 2010.

_____
HONORABLE LEON HOLMES
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

_____
James F. Swindoll, ABN. 77131
**Law Offices of James F. Swindoll**
Attorneys at Law
212 Center Street, Suite 300
Little Rock, Arkansas 72201
(501) 374-2190
(501) 374-3857 FAX

Attorneys for the plaintiff.

And

*[signature]*

Amber J. Prince ABN. 2007247
Robert L. Jones, III ABN. 69041
**Conner & Winters, LLP**
Attorneys at Law
211 East Dickson Street
Fayetteville, Arkansas 72701
(479) 582-5711
(479) 587-1426 FAX
Attorneys for the defendant.